**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6007**

SENTELLUS MCDONALD,

Plaintiff - Appellant,

v.

SGT. NICHOLSON,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior District Judge.  (5:14-ct-03103-H)

Submitted:  February 12, 2015        Decided:  February 19, 2015

Before MOTZ, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sentellus McDonald, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sentellus McDonald appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. §§ 1915(e)(2)(B)(i), 1915A(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm. McDonald v. Nicholson, No. 5:14-ct-03103-H (E.D.N.C. June 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED